L. W. CATHEY v. J. D. KERR, Administrator, et al.

An account of an administrator is rendered to the creditors and heirs of the estate which he adminis-
ters, and one who claims property mentioned as belonging to himself, and not to the succession ad-
ministered, will not be permitted to assert such claim by way of opposition to the administrator's
account.

APPEAL from the District Court of the Parish of Carroll, *Farrar*, J.

BUCHANAN, J. *John Cathey* died in 1837. He left a will, which was admit-
ted to probate. By his will, his wife *Rebecca*, was instituted universal legatee.
She was married again to a man named *Murray*, who died before her. *Mrs.
Murray* died in 1853. She seems to have taken possession of *Cathey's* estate,
which consisted altogether of his interest in community property, and to have
enjoyed it, during her life, without interruption. She died without children, and
intestate. *James D. Kerr*, the husband of one of her neices, took out letters of
administration of *Mrs. Murray's* succession.

On the 7th of January, 1856, *Kerr* filed his account of administration, show-
ing the assets in hand and debts paid ; and prayed that the same might be duly
advertised and homologated, and for his discharge as administrator.

On the 14th of February, 1856, *Lafayette W. Cathey* filed, what he called, an
opposition to this account of administration ; in which he alleges, that all the
property inventoried as belonging to the *Succession of Mrs. Rebecca Murry*, in
truth belongs to the succession of her first husband, *John Cathey*, who died intes-
tate, and of whom the petitioner is nephew and one of the heirs.

The petition opposes the discharge of the administrator from his official bond,
until the rights of petitioner in the estate be adjudicated upon, and the amount
to which petitioner is entitled, be paid over to him by the administrator.

Several other persons claiming to be heirs of *John Cathey*, intervened by pe-
tition, and pray to be allowed to join the opponent, *Lafayette Cathey*, in claiming
the estate in the hands of the administrator.

The administrator excepted to the right of the opponent to oppose in this
manner, the homologation of the account of administration.

This exception was properly taken. The account of an administrator is ren-
dered to the creditors and heirs of the estate which he administers. But the op-
ponent and appellant, *Lafayette W. Cathey*, does not make any claim in either of
those capacities. He claims the property which is administered, as belonging to
himself, and not to the succession of the intestate. An action of revendication
is instituted in the disguise of an opposition to an administrator's account.

It is, therefore, adjudged and decreed, that the judgement of the District
Court, dismissing the appellant's opposition to the account of administration of
the appellee, be affirmed, at the costs of the appellant.